```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER O'ROURKE,
                          Plaintiff,                    19 civ 2425 (JGK)

         -against-
                                                        **ORDER OF DISMISSAL**
PAQUITOS TACOS, et al.,
                          Defendants.
------------------------------------------------------------X
```

**JOHN G. KOELTL, DISTRICT JUDGE:**

The plaintiff, having been advised by order of October 4, 2019, that if good cause was not shown by November 4, 2019, why the summons and complaint were not served on the defendant(s), the case would be dismissed for failure to prosecute, and,

Having no record of any response to this Court or service made on the defendant(s) by the plaintiff,

It is hereby ordered that the above captioned matter is **dismissed without prejudice for failure to prosecute**, pursuant to Fed.R.Civ.P. 4(m).

**SO ORDERED.**

                                                    _____
                                                    JOHN G. KOELTL
                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 13, 2019

Copy filed via ECF and mailed to:
 Christopher O'Rourke
 357 East 57th Street
 New York, New York 10022